# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA § | | |
| § | | |
| vs. § | NO: SA:24-CR-00608(1)-OLG | |
| § | | |
| (1) ALFREDO ACOSTA ORNELAS § | | |

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

On this date came on to be considered the Memorandum and Recommendation of the United States Magistrate Judge, filed in the above-styled and numbered cause. Pursuant to 28 U.S.C. §636(b), this Court referred to the Magistrate Judge the administration of Defendant's guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure. See United States v. Dees, 125 F.3d 261 (5th Cir. 1997). Defendant consented to the administration of the guilty plea and allocution by the Magistrate Judge.

The Court has reviewed the Memorandum and Recommendation and finds it to be neither clearly erroneous nor contrary to law. Accordingly,

IT IS ORDERED that the Memorandum and Recommendation of the United States Magistrate Judge filed in this cause be and is accepted pursuant to 28 U.S.C. §636(b)(1) such that Defendant's guilty plea is **ACCEPTED**.

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file his written objections within fourteen days after being served with a copy of them. If objections are filed within fourteen (14) days, this order will be rescinded and the Court may conduct a de novo review. See 28 U.S.C. §636(b)(1) ("A judge of the court shall make a de

novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.").

    IT IS SO ORDERED this 21st day of August, 2025.

                                                            _____
                                                            ORLANDO L. GARCIA
                                                            UNITED STATES DISTRICT JUDGE